# Exhibit 23

Policies / Xfinity Mobile Broadband Disclosures

# Xfinity Mobile Broadband Disclosures

Comcast's Xfinity Mobile broadband Internet access service ("Xfinity Mobile service" or "Service") utilizes Wi-Fi service - both Xfinity WiFi and Wi-Fi provided by other Internet Service Providers ("ISPs"). When not connected to Wi-Fi, the Service utilizes our carrier partner's mobile broadband Internet access service network and is subject to its network management practices and controls. The disclosures below reflect, where appropriate, those practices and controls. These disclosures do not describe the practices, characteristics, or terms that apply when our customers are using roaming partner networks.

## Network Practices

Comcast does not discriminate against lawful Internet content, applications, services, or devices. The bullets below provide an overview of Comcast's network practices with respect to its Xfinity Mobile service.

- **Blocking**

  Comcast does not block or otherwise prevent end user access to lawful content, applications, services, or non-harmful devices. Comcast does engage in reasonable network management practices as described below.

- **Throttling**

  Comcast does not degrade or impair access to lawful Internet traffic on the basis of content, application, service, user, or use of a non-harmful device. Comcast does engage in reasonable network management practices as described below.

- **Affiliated Prioritization**

  Comcast does not directly or indirectly favor some traffic over other traffic, including through use of techniques such as traffic shaping, prioritization, or resource reservation, to benefit an affiliate.

- **Paid Prioritization**

  Comcast does not directly or indirectly favor some traffic over other traffic, including through use of techniques such as traffic shaping, prioritization, or resource reservation, in exchange for consideration, monetary or otherwise.

- **Congestion Management**

  Xfinity Mobile service strives to provide customers the best experience when using our carrier partner's network. However, an individual user's experience will vary depending upon many factors, including the network (3G Ev-DO, 4G LTE, or 5G) the customer is using, the device in use, and the data option the customer has selected.

  Certain customers may experience slower data speeds during periods of congestion on our carrier partner's cellular network. Once the demand on the cellular network lessens, your speed will return to normal. Note that those customers may purchase the ability to receive Service that will not experience such slower data speeds during times of congestion on a per-line basis.

  The 3G Ev-DO, 4G LTE, and 5G networks of our carrier partner use optimization and transcoding technologies to transmit data files in a more efficient manner to allow available network capacity to benefit the greatest number of users. These techniques include caching less data, using less capacity, sizing video files more appropriately for mobile devices, and optimizing video viewing, which can involve managing video resolution and throughput.

  The default resolution for streaming video over the cellular network will depend on the customer's plan and device, as well as whether that device is operating on a 3G, 4G, or 5G network, as discussed below.

  - *By-the-Gig:* For lines utilizing the "By-the-Gig" data option, Comcast has established 720p as the default resolution for streaming video on all devices operating on a 3G Ev-DO or a 4G LTE network; 1080p for tablets; and 4K for 5G devices operating on a 5G network. By-the-Gig customers using non-5G devices can elect to reduce the streaming video resolution for any line to 480p to save on data usage.

  - *Unlimited:* Lines utilizing the "Unlimited" data option will have the default resolution for streaming video set at 480p for non-5G devices; at 720p for 5G devices operating on a 4G LTE network; and at 4K for 5G devices operating on a 5G network. Customers on this option who are not using 5G-enabled devices can purchase high resolution streaming (720p for smartphones; 1080p for tablets) for any line.

  These optimization and transcoding techniques are not applied when a device is utilizing Xfinity WiFi or other Wi-Fi service to transmit data and therefore text, image, and video files will be delivered over Wi-Fi at the native resolution. On Xfinity WiFi, Comcast uses reasonable network management practices that are consistent with industry standards. Additional information on Comcast's Xfinity WiFi congestion management practices is available here. When Xfinity Mobile service customers are connected to other ISPs' WiFi, congestion management practices will vary by ISP.

- **Application-Specific Behavior**

  Comcast provides its customers with full access to all the lawful content, services, and applications that the Internet has to offer, subject to our Customer Agreement, Privacy Policy, and other policies discussed in these disclosures. As noted above, we and our carrier partner use video optimization techniques that may affect video resolution and throughput. Comcast reserves the right at all times to intervene to protect the integrity of its Service and network.

- **Device Attachment Rules**

  You may activate devices that Comcast has certified to be compatible with its network, including devices not purchased directly from Comcast. Information about obtaining a device and device compatibility, including a list of approved devices and their prices, is available here and here.

  Depending on the capability of your device, using your Xfinity Mobile service to create a mobile hotspot or tether your device to other connected devices is permitted pursuant to the terms, conditions, and data pricing options of your Xfinity Mobile service and subject to the network management practices and controls of our carrier partner. When you create a mobile hotspot or tether your device to other connected devices, if you are on the "Unlimited" data option, your tethered device's connection speed will be no more than 600 Kbps (3G speeds), and if you are on the "By the Gig" data option, 4G LTE speeds will be supported for tethered devices, although speeds will be subject to the maximum speeds the tethered device receives. See "Price, Data Usage, and Other Fees" below for more information on these data options.

- **Security**

  Comcast recognizes that a reliable network must be, among other things, a secure network. We, along with our carrier partner, work to protect the network against outside attacks, tampering, malicious activity, and network events that may disrupt or degrade Xfinity Mobile service customers' ability to use the network.

  Our carrier partner blocks a limited number of Internet addresses that are disruptive or malicious and typically persistent, based on analysis and third-party intelligence. Our carrier partner does not block sites based on content or subject, unless the Internet address hosts unlawful content. Our carrier partner regularly reviews and modifies the list of blocked Internet addresses, taking any off the list that are no longer perceived as a threat.

  If you would like information about access to a particular Internet site or destination through the Xfinity Mobile service, please send your inquiry to bbdisclosures@comcast.net.

## Performance Characteristics

- **Service Description**

  Over Mobile Network: Xfinity Mobile service offers mobile broadband Internet access services to its customers over 3G Ev-DO, 4G LTE, and 5G mobile broadband networks. Based on our carrier partner's internal testing and testing commissioned from third-party vendors, Comcast expects customers will experience the following speeds on the Xfinity Mobile service:

  - 5G mobile network (when and where offered): typical download speeds around 450 Mbps and upload speeds around 50 Mbps;
  - 4G LTE network: typical download speeds of 5-12 Mbps and upload speeds of 2-5 Mbps;
  - 3G Ev-DO network: typical download speeds of 600 Kbps-1.4 Mbps and upload speeds of 500-800 Kbps for Ev-Do Rev. A devices (if you are using an Ev-DO Rev. 0 device, typical download speeds are 400-700 Kbps, and upload speeds are 60-80 Kbps).

  Latency is the time delay in transmitting or receiving packets on a network. Latency is primarily a function of the distance between two points in transmission, but also can be affected by the number and quality of connections to the network or networks used in transmission. With respect to latency for use of real-time data applications, Comcast expects network-to-device (round-trip) latency for the Xfinity Mobile service to be less than 30ms on the 5G network, less than 100ms on the 4G network, and less than 240ms on the 3G Ev-DO network. Since our service utilizes our carrier partner's mobile network, and is thus subject to its limitations, these expected latency levels may not reflect the actual latency that you experience.

  You must be using a 5G device and be within the 5G coverage area to access the 5G network. You must be using a 4G LTE device and be within the 4G LTE coverage area to access the 4G LTE network. You must be using a 3G Ev-DO-capable device and be within the 3G Ev-DO coverage area to access the 3G Ev-DO network. For 5G, 4G, and 3G coverage information, click here. Customers with 5G devices will access the 4G LTE and 3G Ev-DO networks where they are available outside the 5G coverage area. Customers with 4G LTE devices will access the 3G Ev-DO network where it is available outside the 4G LTE coverage area. Whether you experience these speeds depends on many factors, including, among others, the type of device, the programs running on the device, your location, and how many other customers are attempting to use the same spectrum resources (including both mobile broadband Internet access and other non-broadband Internet access services that share the network), and subject to the applicable congestion management techniques described above. As noted above, the connection speed of tethered devices will be no more than 600 Kbps if you are on the "Unlimited" data option and 4G LTE speeds if you are on the "By the Gig" data option, although speeds will be subject to the maximum speeds the tethered device receives.

  Over Xfinity WiFi: The results above do not reflect the Xfinity Mobile service experienced by customers connected to Xfinity WiFi. Xfinity Mobile service is designed to automatically connect to Xfinity WiFi hotspots when a hotspot is available unless the customer changes device settings to inhibit such functionality. Performance over any Wi-Fi network, including Xfinity WiFi, may vary based on any number of factors, such as, but not limited to, the number of other subscribers trying to use the same Wi-Fi router at the same time, your wireless device, your Wi-Fi receiving antenna, your distance to the Wi-Fi router, attenuation from walls and foliage, and interference from other devices using the same spectrum. Wi-Fi uses spectrum that the FCC has allocated for "unlicensed" use, which means that use of this spectrum is not protected from interference from other devices using the same spectrum in the same geographic area. Therefore, Xfinity WiFi, including any Wi-Fi connections through your home Xfinity Internet service, is provided on a "best efforts" basis. When not connected to Xfinity WiFi, Xfinity Mobile service will attempt to connect over our carrier partner's mobile broadband Internet access service network. Additional information on Xfinity WiFi is available in our Xfinity Internet Service Performance Disclosures and Xfinity WiFi FAQs.

- **Other Services on the Network**

  Xfinity Mobile service uses our carrier partner's mobile broadband Internet access service network and shares that network with their services and other non-broadband Internet access services that our carrier partner offers. When accessing Xfinity Mobile service via an Xfinity Mobile access point, no services other than broadband Internet access service are delivered via the access point. When accessing Xfinity Mobile service via another Wi-Fi network, users may have those Wi-Fi networks with other services that Comcast does not know about or manage. As such, Xfinity Mobile service cannot predict other services that may share those Wi-Fi networks.

## Commercial Terms

- **Pricing, Data Usage, and Other Fees**

  You must be an Xfinity Internet service customer to subscribe to Xfinity Mobile service. As an Xfinity Mobile service customer, you are eligible for up to five lines, together with unlimited nationwide talk and text. In addition, Xfinity Mobile service currently offers the following pricing options for the purchase of data.

  - *"By the Gig" (pre-May 18, 2020 accounts):* For customer accounts established before May 18, 2020, a minimum of $12.00 will be charged per account per month for lines on the "By-the-Gig" data option regardless of the amount of data used across the "By-the-Gig" lines on the account. Customers further will have the option to purchase, for a flat monthly fee, buckets of data that are shareable on up to five "By-the-Gig" lines. Customers that exceed the monthly amount of data in their shareable bucket will be charged $12 for each GB or partial GB of data overage, or may opt to move to a bucket with more data. In order to access 5G mobile broadband networks on their 5G devices, customers must switch to the $15 rate per GB plan described immediately below.

  - *"By the Gig" (post-May 18, 2020 accounts):* For customer accounts established on or after May 18, 2020, a minimum of $15.00 will be charged per account per month for lines on the "By-the-Gig" data option regardless of the amount of data used across the "By-the-Gig" lines on the account. Customers further will have the option to purchase, for a flat monthly fee, buckets of data that are shareable on up to five "By-the-Gig" lines. Customers that exceed the monthly amount of data in their shareable bucket will be charged $15 for each GB or partial GB of data overage, or may opt to move to a bucket with more data.

  - *"Unlimited."* This data option provides unlimited data at a regular monthly rate of $45.00 per line.

  All pricing is subject to change upon notice to customers.

  If you use a smart watch or tablet with your Xfinity Mobile service, each device will count as one of the five lines. Each tablet line and smart watch line is charged an additional monthly tablet line or smart watch line fee of $10.00 regardless of the data option selected.

  Speeds for both data options are reduced to a maximum of 1.5 Mbps download/750 Kbps upload on any line that exceeds 20 GBs of cellular data usage in a month. Comcast will reduce the speeds of your connection when you create a mobile hotspot or tether your device to other connected devices. Additional fees, such as those for device purchase and government taxes and regulatory recovery fees, apply. Xfinity Mobile service customers who disconnect all of their Xfinity TV, Internet, and Voice services but keep their Xfinity Mobile service will be charged an additional $20 per month per line, plus the changes otherwise due under the applicable pricing construct. For detailed information about pricing, promotions, and fees for Xfinity Mobile service, please visit the Xfinity Mobile Shop Xfinity Mobile Shop. Further information on Xfinity Mobile service's data options is available here.

- **Privacy Policies**

  Comcast's privacy policies with respect to Xfinity Mobile service are explained in the Xfinity Mobile Privacy Policy.

- **Redress Options**

  If you have questions about these disclosures, cannot find what you are looking for, or have any other concerns about Xfinity Mobile service, please send your inquiry to bbdisclosures@comcast.net. Comcast will review and promptly respond to all submissions.

XFINITY CUSTOMER AGREEMENTS & POLICIES   XFINITY.COM   TERMS OF SERVICE   PRIVACY POLICY   FIND A STORE   CAL. CIV. CODE §1798.135: DO NOT SELL MY INFO   AD CHOICES

© 2020. All rights reserved. The Xfinity Mobile logo and New Network mark ("X") are the trademarks of Comcast Corporation or its subsidiaries.