# EXHIBIT 22

*Excerpt from Prosecution History for '846 Patent: Applicant Remarks dated March 1, 2004*

## **REMARKS**

The present invention is a method of recovering location information of a subscriber in a mobile network and a program storage device readable by a machine, tangibly embodying a program of instructions executable by the machine to perform a method of recovering location information of a subscriber in a mobile network. The invention provides protection against the loss of a Transport Address (TA) which is a current Care of Address of a mobile Subscriber from loss. See paragraph [0005] of the Substitute Specification. The TA is defined as the Care of Address which is an IP address associated with a mobile node while the subscriber is visiting a particular foreign link. See paragraph [0021] of the Substitute Specification.

Claims 1-14 stand rejected under 35 U.S.C. §103 as being unpatentable over United States Patent 6,097,942 (Laiho) in view of United States Patent 5,463,672 (Kage). With respect to independent claims 1, 5, 8, and 12, the Examiner reasons as follows:

> Regarding claims 1, 5, 8 and 12, Laiho teaches a method of recovering location information of a subscriber in a mobile network (see column 3, lines 19-22), the method comprising: forwarding a registration request from the subscriber to an S-CSCF (Serving-Call State Control Function) including subscriber's identifier (column 10, lines 8-31, see "location registration request" and see "including the mobile station IMSI identifier"), forwarding a location update from the S-CSCF to an HSS (Home Subscription Server) (also see column 10, lines 8-31, see "location update information to the HLR") including the S-CSCF address (see column 5, lines 63-67 and see column 6 line 65 to column 7 line 7), and storing data including the subscriber's in the HSS so as to be protected against loss (see column 2, lines 42-55).