# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| COMMWORKS SOLUTIONS, LLC | § § | |
| vs. | § § | NO: WA:21-CV-00366-ADA |
| COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CORP., COMCAST CABLE COMMUNICATIONS MAGAGEMENT, LLC | § § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on December 27, 2021 at 01:30 PM .

IT IS SO ORDERED this 29th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE