UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| COMMWORKS SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNCATIONS, LLC D/B/A XFINITY, COMCAST CORP., AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No.: 6:21-cv-00366-ADA<br><br>**Jury Trial Demanded** |

## JOINT MOTION TO EXTEND ALL DEADLINES

Plaintiff CommWorks Solutions, LLC and Defendants Comcast Cable Communications LLC, Comcast Corp., and Comcast Cable Communications Management, LLC (collectively, "parties") respectfully file this Joint Motion to Extend All Deadlines.  The parties hereby notify the Court that they have reached an agreement in principle to settle this matter.  The parties request that the Court extend all deadlines in this action, including those contained in the Agreed Scheduling Order (Dkt. No. 24), for thirty (30) days so that the parties can take steps to prepare and submit appropriate dismissal papers.

Dated:  May 3, 2022

| | |
|---|---|
| Respectfully submitted,<br><br>By: */s/ Dmitry Kheyfits* | Respectfully submitted,<br><br>By: */s/ James L. Day* |

- 2 -

| | |
|---|---|
| Dmitry Kheyfits<br>State Bar No. 24115271<br>dkheyfits@kblit.com<br>Brandon G. Moore<br>State Bar No. 24082372<br>bmoore@kblit.com<br>Kheyfits Belenky LLP<br>108 Wild Basin Road, Suite 250<br>Austin, TX 78746<br>Tel: 737-228-1838<br>Fax: 737-228-1843<br><br>Andrey Belenky<br>State Bar No. 4524898<br>abelenky@kblit.com<br>Hanna G. Cohen<br>State Bar No. 4471421<br>hgcohen@kblit.com<br>Kheyfits Belenky LLP<br>80 Broad Street, 5th Floor<br>New York, NY 10004<br>Tel: 212-203-5399<br>Fax: 212-203-5399<br><br>Stafford Davis<br>State Bar No. 24054605<br>sdavis@stafforddavisfirm.com<br>Catherine Bartles<br>State Bar No. 24104849<br>cbartles@stafforddavisfirm.com<br>The Stafford Davis Firm, PC<br>815 South Broadway<br>Tyler, Texas 75701<br>Tel: (903) 593-7000<br>Fax: (903) 705-7369<br><br>*Attorneys for Plaintiff*<br>*CommWorks Solutions, LLC* | Eugene Y. Mar (admitted)<br>California State Bar No. 227071<br>James L. Day (admitted *pro hac vice*)<br>California State Bar No. 197158<br>Erik C. Olson (admitted *pro hac vice*)<br>California State Bar No. 260452<br>Daniel C. Callaway (admitted)<br>California State Bar No. 262675<br>Thomas J. Pardini (admitted *pro hac vice*)<br>California State Bar No. 313401<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Phone: (415) 954-4400<br>Fax: (415) 954-4480<br>jday@fbm.com<br>emar@fbm.com<br>eolson@fbm.com<br>dcallaway@fbm.com<br>tpardini@fbm.com<br><br>Deron R. Dacus<br>State Bar No. 00790553<br>The Dacus Firm, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Phone: (903) 705-1117<br>Fax: (903) 581-2543<br>ddacus@dacusfirm.com<br><br>*Attorneys for Defendants Comcast Cable*<br>*Communications LLC, Comcast Corp.,*<br>*and Comcast Cable Communications*<br>*Management, LLC* |