UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| COMMWORKS SOLUTIONS, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNCATIONS, LLC D/B/A XFINITY, COMCAST CORP., AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　　　　　　　　Defendants. | Case No.: 6:21-cv-00366-ADA<br><br>**Jury Trial Demanded** |

## ORDER

On this date came for consideration the parties' Joint Motion to Extend All Deadlines. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Joint Motion to Stay All Deadlines be and hereby is GRANTED, and that all deadlines in this action, including the unreached deadlines contained in the Agreed Scheduling Order (Dkt. No. 24), are stayed for thirty (30) days.

SIGNED this 23rd day of May, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DEREK T. GILLILAND
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE