UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| COMMWORKS SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC D/B/A XFINITY, COMCAST CORP., AND COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendants. | Case No.: 6:21-cv-00366-ADA<br><br>**Jury Trial Demanded** |

**JOINT MOTION TO EXTEND STAY**

Plaintiff CommWorks Solutions, LLC and Defendants Comcast Cable Communications LLC, Comcast Corp., and Comcast Cable Communications Management, LLC (collectively, "parties") respectfully request an additional thirty (30) day stay of all deadlines in this action, including those contained in the Agreed Scheduling Order (Dkt. No. 24) so that the parties can take steps to prepare and submit appropriate dismissal papers.

The parties filed a joint motion to extend all deadlines on May 3, 2022.  Dkt. No. 45.  The Court granted the motion on May 23, 2022 and stayed all the deadlines by thirty (30) days.  Dkt. No. 46.  The parties are currently negotiating the terms of a release and respectfully request an additional thirty (30) day stay of all deadlines to finalize the release and to submit the dismissal papers.

Dated:  June 22, 2022

- 2 -

Respectfully submitted,

By: */s/ Andrey Belenky*

    Dmitry Kheyfits
    State Bar No. 24115271
    dkheyfits@kblit.com
    Brandon G. Moore
    State Bar No. 24082372
    bmoore@kblit.com
    Kheyfits Belenky LLP
    108 Wild Basin Road, Suite 250
    Austin, TX 78746
    Tel: 737-228-1838
    Fax: 737-228-1843

    Andrey Belenky
    State Bar No. 4524898
    abelenky@kblit.com
    Hanna G. Cohen
    State Bar No. 4471421
    hgcohen@kblit.com
    Kheyfits Belenky LLP
    80 Broad Street, 5th Floor
    New York, NY 10004
    Tel: 212-203-5399
    Fax: 212-203-5399

    Stafford Davis
    State Bar No. 24054605
    sdavis@stafforddavisfirm.com
    Catherine Bartles
    State Bar No. 24104849
    cbartles@stafforddavisfirm.com
    The Stafford Davis Firm, PC
    815 South Broadway
    Tyler, Texas 75701
    Tel: (903) 593-7000
    Fax: (903) 705-7369

    *Attorneys for Plaintiff*
    *CommWorks Solutions, LLC*

Respectfully submitted,

By: */s/ James L. Day*

    Eugene Y. Mar (admitted)
    California State Bar No. 227071
    James L. Day (admitted *pro hac vice*)
    California State Bar No. 197158
    Erik C. Olson (admitted *pro hac vice*)
    California State Bar No. 260452
    Daniel C. Callaway (admitted)
    California State Bar No. 262675
    Thomas J. Pardini (admitted *pro hac vice*)
    California State Bar No. 313401
    Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
    Phone: (415) 954-4400
    Fax: (415) 954-4480
    jday@fbm.com
    emar@fbm.com
    eolson@fbm.com
    dcallaway@fbm.com
    tpardini@fbm.com

    Deron R. Dacus
    State Bar No. 00790553
    The Dacus Firm, P.C.
    821 ESE Loop 323, Suite 430
    Tyler, TX 75701
    Phone: (903) 705-1117
    Fax: (903) 581-2543
    ddacus@dacusfirm.com

    *Attorneys for Defendants Comcast Cable Communications LLC, Comcast Corp., and Comcast Cable Communications Management, LLC*